FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2022

No. 04-22-00028-CR

Matthew **ROSE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW1910200
Honorable Lynn Ellison, Judge Presiding

# O R D E R

On May 26, 2022, appellant's counsel filed a motion to abate and a request for the appointment of another attorney to represent appellant. On May 27, 2022, the trial court clerk filed a supplemental clerk's record, which includes an order signed by the trial court on May 26, 2022, that substituted John Michael Lamerson as appellant's counsel. In light of the substitution, the pending motion is DENIED AS MOOT. Appellant's brief is currently due on or before June 15, 2022

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court